In the Matter of the Claim of Elizabeth O'Connor and Others, Respondents,

against A. O. C. CONTRACTING CORPORATION, Appellant, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award and decision unanimously affirmed, with costs to the respondent Massachusetts Bonding and Insurance Company against the employer.